Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction



# UNITED STATES DISTRICT COURT

for the

Central District of California

Western Division

See Attached

**L ACV·19·10437 – SVW - JPRx** Case No.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

*(to be filled in by the Clerk's Office)*

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

See Attached



PAID

DEC 1 0 2019

Clerk, U.S. District Court
COURT 46122

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

## COMPLAINT AND REQUEST FOR INJUNCTION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Tonja Demoff |
| Street Address | 24128 Prestige Dr |
| City and County | San Antonio, Bexar County |
| State and Zip Code | Texas 78260 |
| Telephone Number | (562 ) 266-6390 |
| E-mail Address | TonjaDemoff@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 6

**A. Plaintiffs:**

**List of Plaintiffs:**

Tonja Demoff (Individual)

Virtual Consulting Group, LLC

**List of Defendants**

Nefertiti Long (Individual)

La Place Group, LLC

Cardenas Three LLC

FCI Lender Services INC

California TD Specialists

Michael W. Griffith (Individual)

Mario Contreras (Individual)

**The Plaintiffs (continued)**

| | |
|---|---|
| Name: | Virtual Consulting Group, LLC |
| Street Address: | 24128 Prestige Drive |
| City and County: | San Antonio, Bexar County |
| State and Zip Code: | Texas 78260 |
| Telephone Number: | 562-266-6390 |
| Email address: | tonjademoff@gmail.com |

1

**B. The Defendants (continued)**

**Defendant No. 5**

Name: California TD Specialists

Job or Title:

Street Address: 8180 East Kaiser BLVD

City and County: Anaheim Hills, Orange Co.

State and Zip Code: CA 92808

Telephone Number: 714-283-2180

Email address:

**Defendant No. 6**

Name: Michael Griffith

Job or Title:

Street Address: 8180 East Kaiser Blvd

City and County: Anaheim Hills, Orange Co.

State and Zip Code: CA 92808

Telephone Number: 714-283-2180

Email address:

**Defendant No. 7**

Name: Mario Contreras

Job or Title:

Street Address: 4457 Tweedy Blvd

City and County: South Gate, Los Angeles

State and Zip Code: California 90280

Telephone Number: 323-230-9591

Email address: laplacegroup@gmail.com

**II Basis for Jurisdiction**

   **3. Amount in Controversy**

Plaintiffs hold the 2nd and 3rd lien on the subject property totaling 413,677.00.

**III Statement of Claim**

   **C: What are the facts underlying your claim(s)?**

1. Cardenas Three, LLC is a Hard Money lender who held the first lien on the subject property 1919 E 6th Street Long Beach, CA 90802. The owner of the property was C & C Investment Enterprises, Inc a Nevada Corporation. When C & C defaulted on the loan Cardenas Three scheduled an auction without noticing any parties on Title, listed as junior lien holders. When Ms. Demoff discovered there was an auction she contacted Ms. Long who gave assurances that she would work with Ms. Demoff to save this property and help her save her investment because Cardenas Three had no interest in keeping it. Ms. Demoff received an email from Ms. Nefertiti on the 19th of Nov stating she was going to run a proposal past the higher ups and get back with Ms. Demoff next week. The proposal was asking the Cardenas to stop sending letters to the tenants telling them they do not have to pay the rent, the property is in foreclosure and the sale date is scheduled. Ms Demoff advised Ms. Long this was making it difficult to get cooperation from the tenants and Ms. Demoff was asking for a reasonable extension to line up financing, clear title issues, obtain the insurance, obtain the FTB amounts owed and have C & C reinstate the corporation that was now forfeited making it impossible to insure. Ms. Long was assured Ms. Demoff was moving forward to refinance this property. Instead of "getting back" Ms. Long sent communication that the loan was sold and the auction date was 17 Dec 2019. Ms. Demoff immediately responded to Ms. Long questioning this action as Ms. Demoff was awaiting responses. Ms. Demoff had provided inspection reports, appraisals etc. to Ms. Long and in fact was working with the personal friend of the Cardenas Three and Ms. Long , Franklin Advantage, Jeff (last name not recalled). This company did the original loan for C & C empire investments. Ms. Demoff asked Ms. Long if the buyer was aware that Ms. Demoff was in escrow, financing was ready and closing was being worked on, no response from Ms. Long. Title was contacted next and Ms. Demoff was informed that this must close by the 11th to meet title laws. Ms. Demoff contacted Ms. Long who did not respond.

2. Neferetiti Long signed over the first lien to LaPlace Group, LLC Inc and sent an email with contact information. Ms. Demoff reached out over 15 times attempting to receive a pay off to pay off the first, to no avail. Ms. Demoff notified Ms. Long that the information was incorrect, and

1

requested an Email. The email was LaPlaceGroup@gmail.com. Ms. Long did not sign over on behalf of Cardenas Three, she signed as an individual 3. LaPlace Group, LLC Purchased a fraction of the firstmeaning Cardenas Three still hold an interest. (according to recorded documents). This is a newly formed LLC, formed days before the purchase. LaPlace Group, LLC fails to provide the pay off information so Ms. Demoff can close the property. Ms. Demoff is ready, willing and able to close. Ms. Demoff is the owner of this property via deed in lieu and ready to pay of the first.

3. California TD Specialists were contacted regarding the sale , a formal fax request for pay off was made on the 3rd of Dec (which is the date Ms. Long Sent an email to Ms. Demoff advising that the loan was sold). TD Specialists were informed that an escrow is open, the loan is ready and a pay off is necessary to close. Assurances were provided that the pay off was forthcoming. A subsequent call was placed to TD Specialists, speaking with Representative Janina Hoax, who was reluctant to give any information, was rude and would not even easily provide her first name. Ms. Hoax told Ms. Demoff they have 15 days to obtain the pay off. Ms. Demoff informed her that the title company needs to close by the 111th of December in order to meet title laws (3 days prior to an auction). Ms. Hoax said "I've never seen a lender not provide the pay off" I explained I felt this was constructed and she just got angry. Another attempt for pay off was placed on 9 December, again Ms. Demoff was told it's typically ready in 3-5 days and yet, there isn't one. Ms. Demoff has requested an extension on the auction date to close , pay and move forward . No response.

4. FCI was contacted as they service the first, they were asked for the loan balance and what was owed. They placed a call to CA TD Spec. and then returned to the line, rude and not helpful. They provided no information. After searching the secretary of state website Ms. Demoff discovered that FCI and CA TD Spec. are owned by the same person. There also seems to be a close relationship between Janina Hoax and Ms. Long, as determined by the tone and behavior of Janina Hoax on the phone call. All parties have been contacted numerous times and asked for payoff amounts. It's my belief that the parties are relying on the 15 day pay off rule to the trustee company to delay the pay off until after the sale, depriving Ms. Demoff of any opportunity to recover her investments. They are looking to steal the property.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

### Defendant No. 1

| | |
|---|---|
| Name | Nefertiti Long |
| Job or Title *(if known)* | |
| Street Address | 3838 Orange St.(Agent)        12223 Highland Ave Ste. 106-553 |
| City and County | Riverside, Riverside Co.        Rancho Cucamonga, Riverside Co |
| State and Zip Code | CA 92501                            CA 91739 |
| Telephone Number | 909-315-2644 |
| E-mail Address *(if known)* | nlong@altalomaenterprises.com |

### Defendant No. 2

| | |
|---|---|
| Name | Laplace Group LLC |
| Job or Title *(if known)* | |
| Street Address | 4457 Tweedy Blvd |
| City and County | South Gate, Los Angeles Co. |
| State and Zip Code | CA 90280 |
| Telephone Number | 323-230-9591 |
| E-mail Address *(if known)* | lapacegroup@gmail.com |

### Defendant No. 3

| | |
|---|---|
| Name | Cardenas Three, A California Limited Liability Company |
| Job or Title *(if known)* | |
| Street Address | 3838 Orange St. (Agent)       12223 Highland Ave Ste. 106-553 |
| City and County | Riverside, Riverside Co.         Rancho Cucamonga, Riverside Co |
| State and Zip Code | CA 92501                             CA 91739 |
| Telephone Number | 909-315-2644 |
| E-mail Address *(if known)* | |

### Defendant No. 4

| | |
|---|---|
| Name | FCI Lender Services, Inc |
| Job or Title *(if known)* | |
| Street Address | 8180 East Kaiser Blvd |
| City and County | Anaheim Hills, Orange Co. |
| State and Zip Code | CA  92808 |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual

   The plaintiff, *(name)* Tonja Demoff _____, is a citizen of the State of *(name)* Texas _____ .

   b.    If the plaintiff is a corporation

   The plaintiff, *(name)* Virtual Consulting Group, LLC _____, is incorporated under the laws of the State of *(name)* Texas _____ ,

   and has its principal place of business in the State of *(name)*

   Texas _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual

   The defendant, *(name)* Nefertiti Long _____, is a citizen of the State of *(name)* California _____ . Or is a citizen of

   *(foreign nation)* _____ .

b.    If the defendant is a corporation

The defendant, *(name)* Cardenas Three _____ , is incorporated under

the laws of the State of *(name)* California _____ , and has its

principal place of business in the State of *(name)* California _____ .

Or is incorporated under the laws of *(foreign nation)* California _____ ,

and has its principal place of business in *(name)* California _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Plaintiffs hold the 2nd and 3rd lien on the subject property totaling 413,677.00.

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

Telephonically and via email communication. Plaintiffs reside in California business address for FCI, CA TD Specialists, Cardenas Three, Alta Loma Enterprises and Nefertiti Long reside in Riverside County CA. La Place Group, LLC lists its place of business.

B.    What date and approximate time did the events giving rise to your claim(s) occur?

November 19th, 2019.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

1. Cardenas Three, LLC is a Hard Money lender who held the first lien on the subject property 1919 E 6th Street Long Beach, CA 90802.  The owner of the property was C & C Investment Enterprises, Inc a Nevada Corporation. When C & C defaulted on the loan Cardenas Three scheduled an auction without noticing any parties on Title, listed as junior lien holders.  When Ms. Demoff discovered there was an acution she contacted Ms. Long who gave assurances that she would work with Ms. Demoff to save this property and help her save her investment because Cardenas Three had no interest in keeping it.  Ms. Demoff received an email from Ms. Nefertiti on the 19th of Nov stating she was going to run a proposal past the higher ups and get back with Ms. Demoff next week.
SEE ATTACHED

## IV.    Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

If the sale of this property is not stopped immediatelyTonja Demoff will suffer anl loss of 413,677.00 that will not be recoverable.  If the auction is not stopped the plaintiffs lose  an investment in real property and will have no remedy to recover as the loan will be wiped out with the auction.

Plaintiffs are approved for financing, escrow is ready and title is ready to close, the pay off information is what is missing..

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiffs ask the court to stop the sale until such time as a hearing can be scheduled on this matter and/or

Plaintiff asks the court to postpone the auction date to December 22nd , 2020 allowing the plaintifs adequate time to complete the escrow, insure the property, obtain the correct pay off information.

Plaintifsf asks the court to order California TD Specialists to provide the pay off information no later than the 15th of Dec so plaintiff may refinance, pay off the debt and secure their investment.

Plaintiff asks the court to order La Place Group, LLC to also provide the pay off information to California TD Specialists.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:                12/9/2019

Signature of Plaintiff

Printed Name of Plaintiff     Tonja Demoff

### B.   For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address