# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tonja Demoff et al, | **CASE NUMBER** |
| | 2:19-cv-10437-SVW-JPR |
| PLAINTIFF(S) | |
| v. | |
| NefertitiLong et al | **ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC FILING** |
| DEFENDANT(S) | |

IT IS ORDERED that the Application for Permission for Electronic Filing by _____plaintiff_____

_Tonja Demoff_ is hereby:

☑  GRANTED

Pursuant to Local Rule 5-4.1.1, the applicant must register to use the Court's CM/ECF System within five (5) days of being served with this order.  Registration information is available at the Pro Se Litigant E-Filing web page located on the Court's website.  Upon registering, the applicant will receive a CM/ECF login and password that will allow him/her to file non-sealed documents electronically in this case only.  Any documents being submitted under seal must be manually filed with the Clerk.

Dated:   December 18, 2019

STEPHEN V. WILSON, United States District

☐  DENIED

_Comments:_

Dated:

United States District/Magistrate Judge

CV-05 Order (12/15)                **ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC CASE FILING**